## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Super 8 Motels, Inc., a South Dakota Corporation, | **Civil No. 05-209(RHK/JJG)** |
| Plaintiff, | **ORDER FOR JUDGMENT** |
| vs. | |
| Charjul Properties, Inc., a Minnesota Corporation, | |
| Defendant. | |

_____

This matter came before the Court on the Stipulation of the Plaintiff and Defendant to the entry of an order for judgment against Defendant Charjul Properties, Inc. in the amount of $441,272.26 for damages, costs and attorneys' fees. Based on said Stipulation, and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that the Clerk of this Court is directed to enter judgment against Charjul Properties, Inc. and in favor of Super 8 Motels, Inc., in the amount of $441,272.26.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: October 26, 2005

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge